```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15454
   KENNETH STEVENS
   GINA STEVENS                           CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4562     SSN XXX-XX-7338
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 06/16/08 and confirmed on 08/15/08.

   2. The case was dismissed after confirmation, 12/19/2008.

   3. The Debtor paid a total of $  2348.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 10987.00 | .00 | 794.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ABF FREIGHT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MRS ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PINTAGROUP FINANCIAL SYS | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROMEOVILLE | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | UNSECURED | 391.30 | .00 | .00 |

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10987.00 | .00 | 391.30 | .00 | 11378.30 |
| PRINCIPAL PAID | 794.00 | .00 | .00 | .00 | 794.00 |

```
INTEREST PAID                       .00          .00            .00            .00            .00
TOTAL PAID                       794.00          .00            .00            .00         794.00
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3500.00
and was paid $    100.00  direct and $   1417.82  through the plan.

The Trustee received $    136.18 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE





                            PAGE   2
          CASE NO. 08 B 15454 KENNETH STEVENS & GINA STEVENS